JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIBEL RINCON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Case No. 8:17-CV-01735-JLS
Case No. 8:11-CR-00242-JLS

**JUDGMENT**

    IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

    The Clerk shall close the case.

    Dated: September 28, 2018

_____
The Hon. Josephine L. Staton
United States District Judge